# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

**Place of Offense:** ☒ Under Seal

**Judge Assigned:** Alston

City: Ashburn

Superseding Indictment:

**Criminal No.** 1:19cr 252

County: Loudoun

Same Defendant:

New Defendant:

Magistrate Judge Case No.:

Arraignment Date:

Search Warrant Case No.:

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** John Baron Royal  **Alias(es):** Jon Vic, John Vick, Dr.  ☐ Juvenile  FBI No.:

Address:

Employment:

**Birth Date:** -1969   **SSN:** -2225   **Sex:** Male   **Race:** White   **Nationality:** American

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter  **Language/Dialect:**   Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☒ Already in State Custody   ☐ On Pretrial Release   ☐ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

Name:   ☐ Court Appointed   Counsel Conflicts:

Address:   ☐ Retained

Phone:   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Jamar K. Walker   **Phone:** 703-299-3700   **Bar No.** 82773

**Complainant Agency - Address & Phone No. or Person & Title:**

SA Steve Robinson - Federal Bureau of Investigation - 9325 Discovery Blvd. Manassas, Virginia 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1349 | Conspiracy to Commit Wire Fraud | 1 | Felony |
| Set 2: | 18 U.S.C. 1343 & 2 | Wire fraud | 2-4 | Felony |

**Date:** 8/22/2019   **AUSA Signature:** [signature]   *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. 1956(h) | Money Laundering Conspiracy | 5 | Felony |
| Set 4: | 18 U.S.C. 1956 and 2 | Money Laundering | 6-8 | Felony |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form    Reset Form

# Criminal Case Cover Sheet

**FILED:** REDACTED

**U.S. District Court**

☒ Under Seal

**Judge Assigned:** Alston

**Place of Offense:**

City: Ashburn

County: Loudoun

Superseding Indictment:

Same Defendant:

Magistrate Judge Case No.:

Search Warrant Case No.:

**Criminal No.** 1:19cr 252

New Defendant:

**Arraignment Date:**

R. 20/R. 40 From:

## Defendant Information:

**Defendant Name:** Kevin James Binney

Alias(es):

☐ Juvenile  FBI No.

**Address:** Nashville, TN

Employment:

**Birth Date:** -1986    **SSN:** -9377    **Sex:** Male    **Race:** White    **Nationality:** American

**Place of Birth:**   Height:   Weight:   Hair:   Eyes:   Scars/Tattoos:

☐ Interpreter  **Language/Dialect:**    Auto Description:

## Location/Status:

**Arrest Date:**   ☐ Already in Federal Custody as of:   in:

☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody

☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested

☐ Arrest Warrant Pending   ☐ Detention Sought   ☐ Bond

## Defense Counsel Information:

**Name:** Christopher Almosch   ☒ Court Appointed   Counsel Conflicts:

**Address:** Alexandria, VA   ☐ Retained

**Phone:** -2214   ☐ Public Defender   ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

**AUSA(s):** Jamar K. Walker   **Phone:** 703-299-3700   **Bar No.** 82773

## Complainant Agency - Address & Phone No. or Person & Title:

SA Steven Robinson - Federal Bureau of Investigation - 9325 Discovery Blvd. Manassas, Virginia 20109

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. 1349 | Conspiracy to commit wire fraud | 1 | Felony |
| Set 2: | 18 U.S.C. 1956(h) | Conspiracy to commit money laundering | 5 | Felony |

**Date:** 8/22/2019   **AUSA Signature:** [signature]   *may be continued on reverse*

**District Court Case Number (to be filled by deputy clerk):**

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 3: | 18 U.S.C. 1956 | Money laundering | 6-8 | |
| Set 4: | | | | |
| Set 5: | | | | |
| Set 6: | | | | |
| Set 7: | | | | |
| Set 8: | | | | |
| Set 9: | | | | |
| Set 10: | | | | |
| Set 11: | | | | |
| Set 12: | | | | |
| Set 13: | | | | |
| Set 14: | | | | |
| Set 15: | | | | |
| Set 16: | | | | |
| Set 17: | | | | |
| Set 18: | | | | |
| Set 19: | | | | |
| Set 20: | | | | |
| Set 21: | | | | |
| Set 22: | | | | |
| Set 23: | | | | |
| Set 24: | | | | |
| Set 25: | | | | |

Print Form     Reset Form